UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC-SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: 10-27-20 |

VINCENT PALMIERI,

                Plaintiff,

v.

EAST COAST POWER & GAS, LLC, *et al.*,

                Defendants.

No. 20-CV-2663 (RA)

ORDER OF REFERENCE

RONNIE ABRAMS, United States District Judge:

This action is referred to Magistrate Judge Moses for the following purpose:

| | | | |
| --- | --- | --- | --- |
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| | Specific Non-Dispositive Motion/Dispute: | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| | Settlement | | Social Security |
| | Inquest After Default/Damages Hearing | | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: |

SO ORDERED.

Dated:    October 27, 2020
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge