

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT PALMIERI,

        Plaintiff,

  -against-

EAST COAST POWER & GAS, LLC, et al.,

        Defendants.

20-CV-2663 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By letter-motion dated October 26, 2020 (Dkt. No. 36), defendants request a pre-motion conference regarding (1) the subpoenas served by plaintiff on defendants' accounting firms, which defendants characterize as overbroad; and (2) plaintiff's failure to answer two of defendants' interrogatories.

    It is hereby ORDERED that defendants' letter-motion is GRANTED to the extent that Judge Moses will conduct a discovery conference pursuant to Local Civil Rule 37.2 on **November 6, 2020 at 10:00 a.m.** At that time, the parties shall dial **(888) 557-8511** and enter the access code **7746387**. It is the Court's practice to decide discovery disputes at the Rule 37.2 conference, based on the parties' letters, unless a party requests or the Court requires more formal briefing.

    Plaintiff shall file any opposition letter no later than **October 29, 2020.** Defendants shall file any reply letter no later than **November 3, 2020**. Opposition and reply letters shall comply with Moses Indiv. Prac. §§ 1(d) and 2(b) and (e). The Court notes that the challenged subpoenas are attached to defendants' letter-motion but the relevant interrogatories and interrogatory responses are not. Plaintiff shall attach copies of those interrogatories and interrogatory responses to his opposition letter.

    The Clerk of Court is respectfully directed to close the motion at Dkt. No. 36.

Dated: New York, New York
       October 28, 2020

                              **SO ORDERED**.

                              **BARBARA MOSES**
                              **United States Magistrate Judge**