USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11-10-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT PALMIERI,

                Plaintiff,

v.

EAST COAST POWER & GAS, LLC, *et al.*,

                Defendants.

20-CV-2663 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of Judge Moses' order extending discovery through April 2021, dkt. 44, the post-discovery conference scheduled for December 29, 2020 is hereby adjourned until April 30, 2021 at 2:00 pm.

SO ORDERED.

Dated:    November 10, 2020
             New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge