UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT PALMIERI,

          Plaintiff,

    -against-

EAST COAST POWER & GAS, LLC, et al.,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___11/24/20___

20-CV-2663 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the November 24, 2020 discovery conference, defendant Milanese shall promptly produce documents responsive to plaintiff's Request for Production No. 34, including but not limited to all sworn statements made by Milanese in his matrimonial proceeding concerning the financial condition of East Coast Power & Gas, LLC and/or plaintiff Palmieri's responsibility for that financial condition. To the extent "special circumstances are required" to compel the production of statements made in New York State matrimonial proceedings, *see Rubino v. Albany Med. Ctr.*, 126 Misc. 2d 204, 208 (N.Y. Sup. Ct. Albany Co. 1984), the Court finds that such circumstances are present here, and therefore that "[t]he shield afforded by § 235 must, in this instance, give way to the disclosure of relevant evidence[.]" *Kodsi v. Gee*, 54 A.D.3d 613, 613 (1st Dep't 2008); *accord Janecka v. Casey*, 121 A.D.2d 28, 32 (1st Dep't 1986); *People v. Malaty*, 4 Misc. 3d 525, 528 (N.Y. Sup. Ct. Kings Co. 2004). To the extent the evidence from the matrimonial file qualifies for CONFIDENTIAL or CONFIDENTIAL-ATTORNEY'S EYES ONLY treatment under the Stipulated Protective Order issued in this action (Dkt. No. 35), it may be so designated.

Dated: New York, New York
       November 24, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**