USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT PALMIERI,

             Plaintiff,

- against -

EAST COAST POWER & GAS, LLC,
ANTHONY MILANESE, JOHN KNIEF
and DOES 1 through 10,

             Defendants.

Case 1:20-cv-02663 (RA) (BCM)

**AMENDED SCHEDULING ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons set forth in the joint application dated January 22, 2021 and good cause shown, the November 6, 2020 Order (Doc. 44) is hereby amended and it is ORDERED that:

    1.    The deadline to complete all fact discovery, including fact depositions, is EXTENDED to **June 15, 2021**.

    2.    The deadline to complete all expert discovery, including expert depositions, is EXTENDED to **August 20, 2021**.

No further extensions will be granted absent compelling circumstances.

**SO ORDERED.**

_____
BARBARA MOSES
United States Magistrate Judge

Dated:  New York, New York
          January 25, 2021