```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1-27-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT PALMIERI,

                Plaintiff,

v.

EAST COAST POWER & GAS, LLC, *et al.*,

                Defendants.

20-CV-2663 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of Judge Moses' order granting the parties' motion to extend discovery, dkt. 53, the post-discovery conference in this case, currently scheduled for April 30, 2021, is hereby adjourned until August 27, 2021 at 1:00 pm.

SO ORDERED.

Dated:    January 27, 2021
           New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge