UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT PALMIERI,

                     Plaintiff,

      v.

EAST COAST POWER & GAS, LLC, *et al.*,

                     Defendants.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3-9-21
```

20-CV-2663 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      It is hereby ordered that all parties appear for a conference on Friday, March 12, 2021 at 1:00 pm to discuss Defendants' pending motion to dismiss. See Dkt. 22. The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    March 9, 2021
             New York, New York

                                                   RONNIE ABRAMS
                                                   United States District Judge