UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT PALMIERI,

                Plaintiff,

v.

EAST COAST POWER & GAS, LLC, *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  3-12-21

20-CV-2663 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated at today's hearing, Defendants' motion to dismiss is granted in part and denied in part. Plaintiff's first cause of action for breach of contract and his third cause of action for declaratory judgment are both dismissed, but with leave to amend. Plaintiff's Second Amended Complaint, should he choose to file one, shall be filed no later than April 2, 2021.

    The Clerk of Court is respectfully directed to terminate the motions pending at docket entries 18 and 22.

SO ORDERED.

Dated:    March 12, 2021
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge