## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT PALMIERI,<br><br>     Plaintiff,<br><br>-against-<br><br>EAST COAST POWER & GAS, LLC, ANTHONY MILANESE, JOHN KNIEF, and DOES 1-10;<br><br>     Defendants.<br><br>EAST COAST POWER & GAS, LLC, ANTHONY MILANESE, JOHN KNIEF, and DOES 1-10,<br><br>     Counterclaim Plaintiffs,<br><br>-against-<br><br>VINCENT PALMIERI;<br><br>     Counterclaim Defendant. | Case No.: 1:20-cv-02663-RA-BCM<br><br>**DECLARATION OF VINCENT PALMIERI'S IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS)** |

I, Vincent Palmieri, declare under penalty of perjury, as follows:

  1.  I am the plaintiff and counterclaim defendant in this action. I submit this Declaration in support of my Motion to Dismiss Defendants' Counterclaims.

  2.  I am familiar with all of the facts and circumstances in this action described herein and, if called upon to testify thereon, I would and could testify competently thereto.

  3.  Attached hereto as Exhibit 1 is a true and correct copy of an amendment to Defendant East Coast Power & Gas, LLC's operating agreement that John Knief, Anthony Milanese and I signed and entered into as of February 28, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of May, 2021 at Jersey City, New Jersey.

_____
VINCENT PALMIERI