```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/21
```

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

VINCENT PALMIERI,

          Plaintiff(s),

V.

EAST COAST POWER & GAS, LLC, et al.

          Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1-20-cv-02663-RA-BCM

Notice is hereby given that, subject to approval by the court, __John Knief__ (Party(s) Name) substitutes __Danielle Gatto__ (Name of New Attorney), State Bar No. __4764247__ as counsel of record in place of __Levitt LLP__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: Forchelli Deegan Terrana LLP
    Address: 333 Earle Ovington Blvd., 10th Floor, Uniondale, NY 11553
    Telephone: (516) 248-1700    Facsimile: (516) 248-1728
    E-Mail (Optional): dgatto@forchellilaw.com

I consent to the above substitution.
Date: 7/15/2021    (Signature of Party(s))

I consent to being substituted.
Date: 7/15/2021    (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 7/15/2021    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 7/19/21    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]