USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/21

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

VINCENT PALMIERI

Plaintiff (s),

V.

EAST COAST POWER & GAS LLC, et al

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-CV-02663-RA-BCM

Notice is hereby given that, subject to approval by the court, ANTHONY MILANESE substitutes
(Party (s) Name)

D. PAUL MARTIN, ESQ. , State Bar No. 4810677 as counsel of record in
(Name of New Attorney)

place of LEVITT LLP .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LAW OFFICE OF D. PAUL MARTIN PLLC

Address: 7 WEST 45TH STREET, SUITE 1705, NEW YORK, NY 10036

Telephone: (812) 371-2436   Facsimile

E-Mail (Optional): d.paul.martin@gmail.com

I consent to the above substitution.

Date: July 16, 2021

(Signature of Party (s))

I consent to being substituted.

Date: 7/16/2021

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: July 16, 2021

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/19/21

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]