```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT PALMIERI,

        Plaintiff,

-against-

EAST COAST POWER & GAS, LLC, et al.,

        Defendants.

20-CV-2663 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received, *ex parte*, the Supplemental Affidavit of Steven L. Levitt (Dkt. No. 83), which informs the Court that the law firm Levitt LLC (the Firm) wishes to withdraw the portion of its motion at Dkt. No. 77 seeking to be relieved as counsel for all defendants.[1] However, it wishes to pursue the portion of that motion seeking a 45-60 day extension of the fact discovery schedule and a corresponding enlargement of related case deadlines. Levitt advises that no other party opposes its request. Consequently, it is hereby ORDERED that, no later than **July 23, 2021**, the parties shall file a stipulated proposed order setting forth the extended discovery and related case deadlines they propose.

    The Clerk of Court is respectfully directed to close the motion at Dkt. No. 77.

Dated: New York, New York
       July 19, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] New counsel have substituted in for the Firm on behalf of individual defendants John Knief and Anthony Milanese (Dkt. Nos. 85, 86), leaving the Firm as counsel only for defendant East Coast Power & Gas, LLC.