| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 08/12/21 |

VINCENT PALMIERI,

                Plaintiff,

v.

EAST COAST POWER & GAS, LLC, *et al.*,

                Defendants.

20-CV-2663 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of Judge Moses' order granting Defendant's unopposed request to extend discovery, Dkt. 89, the post-discovery conference in this case, currently scheduled for August 27, 2021, is hereby adjourned until October 15, 2021 at 2:30 pm.

SO ORDERED.

Dated:    August 12, 2021
            New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge